IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-02736-MSK-KMT

THERESA THOMAS-WALSH; and
PATRICK WALSH,

       Plaintiffs,

v.

MERCK & CO., INC., a New Jersey corporation;
MERCK SHARP & DOHME CORP., a New Jersey corporation;
GLAXOSMITHKLINE, LLC, a Delaware corporation;
GENENTECH, INC., a Delaware corporation;
HOFFMANN-LA ROCHE, INC.;
ROCHE LABORATORIES, INC., a Delaware corporation; and
NOVARTIS PHARMACEUTICALS CORPORATION, a Delaware corporation,

       Defendants.

## ORDER OF RECUSAL

**THIS MATTER** arises *sua sponte*. The undersigned is a beneficiary of a trust whose assets include shares in one of the parties. Accordingly, the undersigned has a financial interest in a party to the proceeding, and 28 U.S.C. § 455(b)(4) and the CODE OF CONDUCT FOR UNITED STATES JUDGES require her recusal in this matter

Accordingly, the undersigned hereby **RECUSES** herself from hearing this matter.

The Clerk shall randomly reassign this case to another judge of this Court.

DATED this 31st day of October, 2011.

       BY THE COURT:

       */s/ Marcia S. Krieger*

       Marcia S. Krieger
       United States District Judge